ADRIAN DE VISSER, Respondent-Appellant, v. SEYMOUR MITCHELL, Respondent, and ALFRED RUSSELL, Appellant. (Action No. 1.) EDNA MITCHELL et al., Respondents, v. ADRIAN DE VISSER, Defendant, and ALFRED RUSSELL, Appellant. (Action No. 2.) —

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.